UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-v-                                No. 11CIV9302-LTS

ENRICA COTELLESSA-PITZ,

        Defendant.

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-2015
```

ORDER

On January 31, 2012, by memorandum endorsement, the Court placed this case on the suspense calendar pending resolution of the criminal proceedings against Defendant Enrica Cotellessa-Pitz. (See Docket Entry No. 10.) Those criminal proceedings have since concluded. (See Docket No. 10CR228(8).)

The Securities and Exchange Commission is hereby directed to file a status report by **Friday, November 20, 2015,** and must therein indicate to the Court whether this case should be dismissed or returned to the active calendar.

SO ORDERED.

Dated: New York, New York
       November 5, 2015

                                              LAURA TAYLOR SWAIN
                                              United States District Judge