

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET
ROOM 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
KRISTINE ZALESKAS, ESQ.
zaleskask@sec.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/15

MEMO ENDORSED

November 19, 2015

**By ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  <u>Securities & Exchange Commission v. Eric Lipkin</u>, 11 Civ. 3826 (S.D.N.Y.)
     <u>Securities & Exchange Commission v. Enrica Cotellessa-Pitz</u>, 11 Civ. 9302 (S.D.N.Y.)

Dear Judge Swain:

I am one of the attorneys representing the Securities and Exchange Commission (the "Commission") in the actions captioned above. I write in response to Your Honor's orders, dated November 5, 2015, requesting a status report in these actions.

The Commission staff recently received a signed consent from one of the defendants in these actions to a proposed final judgment and anticipates receiving a consent shortly from the other defendant. The staff is planning on recommending to the Commission that it authorize the staff to submit to the Court the proposed final judgments on consent. If authorized by the Commission, the staff will promptly submit for the Court's review the proposed final judgments and defendants' consents. If entered, the proposed final judgments will fully resolve these actions.

Accordingly, we respectfully request that the Court return these actions to the active calendar, and will endeavor to conclude them promptly.

*The above actions are restored to the active calendar. The SEC must make a further status report by December 31, 2015, if the cases have not been resolved by that date.*

Respectfully submitted,

Kristine M. Zaleskas
Senior Attorney

cc: James Filan, Esq. (counsel for Mr. Lipkin) (by ECF/email)
    David M. Rody, Esq. (counsel for Ms. Cotellessa-Pitz) (by ECF/email)

**SO ORDERED:**

11/23/15
HON. LAURA TAYLOR SWAIN
JUDGE